**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022

## JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 4, 2022

Hon. Barbara C. Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v Nijmah Marte,* 22 MJ. 2591

Your Honor:

      I represent Nijmah Marte in the referenced case and am submitting this letter to request permission for Ms. Marte to travel. As you may recall, on March 23, 2022, we appeared before this Court and the parties agreed that she could be released on the condition of home incarceration, among other conditions. Yesterday, Ms. Marte's pretrial officer recommended to me that she apply to participate in a program run by Exodus Transitional Inc. In order to do so, she first needs to attend an assessment on May 6th. Thus, we ask permission for her to leave her residence at 1 p.m. on May 6, 2022, travel to Exodus (which is located at 2268 Third Avenue, New York, NY 10035), and return home by 5 p.m.

      Pretrial consents to this request. AUSA Kevin Meade informs me that the government takes no position.

Respectfully submitted,

      /s/
James E. Neuman

Application GRANTED. SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge
May 5, 2022